AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jason L. Maybank <br><br> *Plaintiff(s)* <br> v. <br> The City of New York, Sgt. Christopher Tomlinson, P.O. Edward Kunz, and P.O. Michael Sheehan <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. CV 13-5482 <br><br> BRODIE, J. <br> GOLD, M.J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of New York
100 Church Street
New York NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    The Law Office of
    SCOTT G. CERBIN, ESQ., PLLC
    16 Court Street, Suite 2901
    Brooklyn NY 11241

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date: _____ 2013      _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Jason L. Maybank <br><br> *Plaintiff(s)* <br> v. <br> The City of New York, Sgt. Christopher Tomlinson, P.O. Edward Kunz, and P.O. Michael Sheehan <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  **CV 13-5482** <br><br> **BRODIE, J.** <br><br> **GOLD, M.J.** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Edward Kunz
110th Precinct
94-41 43rd Ave
Elmhurst, NY 11373

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
The Law Office of
SCOTT G. CERBIN, ESQ., PLLC
16 Court Street, Suite 2901
Brooklyn NY 11241

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 03 2013

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▼

| | |
|---|---|
| Jason L. Maybank <br><br> *Plaintiff(s)* <br> v. <br> The City of New York, Sgt. Christopher Tomlinson, P.O. Edward Kunz, and P.O. Michael Sheehan <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* P.O. Michael Sheehan
1 Police Plaza
New York NY 10038

BRODIE, J.
GOLD, M.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
The Law Office of
SCOTT G. CERBIN, ESQ., PLLC
16 Court Street, Suite 2901
Brooklyn NY 11241

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. P[...]
CLERK OF COURT

Date: _____ 2013

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York ▼

| | |
|---|---|
| Jason L. Maybank )<br>)<br>)<br>)<br>_____ )<br>*Plaintiff(s)* )<br>v. )<br>The City of New York, Sgt. Christopher Tomlinson, )<br>P.O. Edward Kunz, and P.O. Michael Sheehan )<br>)<br>)<br>_____ )<br>*Defendant(s)* ) | **CV 13-5482**<br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sgt. Christopher Tomlinson
Patrol Boro Queens North
68-40 Austin St
Forest Hills, NY 11375

BRODIE, J.

GOLD, M.J.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
The Law Office of
SCOTT G. CERBIN, ESQ., PLLC
16 Court Street, Suite 2901
Brooklyn NY 11241

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date: _____2013_____ _____
*Signature of Clerk or Deputy Clerk*