# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of New York

Index Number: 13CV5482

Date Filed: 10/3/2013

Plaintiff:
**JASON L. MAYBANK**

vs.

Defendant:
**THE CITY OF NEW YORK, SGT. CHRISTOPHER TOMLINSON, P.O. EDWARD KUNZ, and P.O. MICHAEL SHEEHAN**

For:
Scott Cerbin, Esq.
THE LAW OFFICES OF SCOTT. G. CERBIN., PLLC
16 Court Street
Suite 2901
Brooklyn, NY 11241

Received by THE LAW OFFICES OF SCOTT. G. CERBIN., PLLC on the 6th day of December, 2013 at 8:23 pm to be served on **P.O. MICHAEL SHEEHAN, NYPD - FIREARMS and TACTICS SECTION, RODMAN'S NECK, 1 RODMAN'S NECK ROAD, BRONX, Bronx County, NY 10464**.

I, Brent Richardson, being duly sworn, depose and say that on the **9th day of December, 2013 at 3:35 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS & COMPLAINT - JURY TRIAL DEMANDED** with **SERGEANT RODRIGUEZ #3715, DESK SERGEANT**, at **NYPD - FIREARMS and TACTICS SECTION, RODMAN'S NECK, 1 RODMAN'S NECK ROAD, BRONX, Bronx County, NY 10464**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & COMPLAINT - JURY TRIAL DEMANDED** in a postpaid envelope addressed to: **NYPD - FIREARMS and TACTICS SECTION, RODMAN'S NECK, 1 RODMAN'S NECK ROAD, BRONX, Bronx County, NY 10464** and bearing the words "Personal & Confidential" by First Class Mail on **12/10/2013** and placed in an official depository of the U.S.P.S. in the State of New York.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 145, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: **NEW YORK**
County: **KINGS**

Subscribed and Sworn to before me on the **10th** day of **DECEMBER**, **2013** by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY PUBLIC

TATIANA N. PURI
Notary Public, State of New York
NO. 01PU6268383
Qualified in Queens County
Commission Expires September 04, 2016

Brent Richardson
N.Y.C.D.C.A.# 1346943

THE LAW OFFICES OF SCOTT. G. CERBIN., PLLC
16 Court Street
Suite 2901
Brooklyn, NY 11241
(718) 596-1829
Our Job Serial Number: BNP-2013001410

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

